UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MARTHA L. ROLAND

Case No. 09-20610
Hon. SUSAN PIERSON SONDERBY
Chapter 7

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor, Chicago, IL

Any person wishing to object to any Fee Application that has not already been approved or to the Final Report, must file a written objection, serve a copy of the objection upon the trustee, any party whose Application is being challenged and the United States Trustee. A hearing on fee applications and any objection to the Final Report will be held at 10:30a.m. on August 10, 2010 in Courtroom 642, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: Clerk US Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street, Suite 910, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MARTHA L. ROLAND

Case No. 09-20610
Hon. SUSAN PIERSON SONDERBY
Chapter 7

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $170,000.12 |
| *and approved disbursements of* | $160,530.75 |
| *leaving a balance on hand of* [1] | $9,469.37 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee   ALLAN J. DeMARS | $3,000.00 | $25.53 |
| Attorney for trustee   ALLAN J. DeMARS and STUART SPIEGEL | $2,000.00 | |
| Appraiser | | |
| Auctioneer | | |
| Accountant   LOIS WEST/POPOWCER KATTEN, LTD. | $817.00 | |
| Special Attorney for trustee | | |
| Charges,  U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | | |
| Attorney for | | |
| Accountant for | | |
| Appraiser for | | |
| Other | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $62,262.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __5.8__ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PYOD LLC assignee of Citibank | $549.45 | $32.01 |
| 2 | PYOD LLC assignee of Citibank | $2,961.30 | $172.50 |
| 3 | Chase Bank USA, NA | $8,518.56 | $496.20 |
| 4 | Chase Bank USA, NA | $17,679.81 | $1,029.83 |
| 5 | Chase Bank USA, NA | $761.64 | $44.36 |
| 6 | FIA Card Services successor to Bank of America and MBNA | $7,815.30 | $455.23 |
| 7 | GE Money Bank dba Sam's Club | $6,088.37 | $354.64 |
| 8 | GE Money Bank dba Lowes | $1,885.68 | $109.84 |
| 9 | Discover Bank | $14,596.94 | $850.26 |
| 10 | Wells Fargo Bank NA | $1,405.13 | $81.85 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling _____$0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be __0__ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is _____$0.00.

Prepared By: /s/ ALLAN J. DeMARS
                              Trustee

Trustee's Name:
ALLAN J. DeMARS

Trustee's Address:
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: corrinal               Page 1 of 2                   Date Rcvd: Jul 08, 2010
Case: 09-20610                Form ID: pdf006              Total Noticed: 32

The following entities were noticed by first class mail on Jul 10, 2010.
db           +Martha L. Roland,    2311 W. Birchwood,    Chicago, IL 60645-1701
aty           J Kevin Benjamin,    Benjamin Legal Services, P.L.C.,    343 W. Erie Street,    Suite 320,
               Chicago, IL 60654-5735
aty          +Stuart Spiegel,    Spiegel & DeMars,    100 West Monroe Street,    Suite 910,
               Chicago, IL 60603-1957
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
14014984      Bank of America,    P. O. Box 15726,    Wilmington, DE 19886-5726
14014985      Bank of America,    P.O. Box 660312,    Dallas, TX 75266-0312
14014986      Benjamin Legal Services, P.L.C.,    343 W. Erie Street,    Suite 320,
               Chicago, Illinois  60654-5735
14014987     +Blitt and Gaines, P.C.,    661 W. Glenn Avenue,    Wheeling, IL 60090-6017
14015001    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual Bank,    PO BOX 660487,    Dallas, TX 75266-0487)
14014988      Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14289589      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14350862     +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,
               Dallas, Tx 75374-0933
14014989      Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
14014990      Citi Cards,    P.O. Box 6000,    The Lakes, NV 89163-6000
14014991     +CitiMortgage,    P. O. Box 183040,    Columbus, OH 43218-3040
14014992     +Comcast,    PO Box 3002,    Southeastern. PA. 19398-3002
14014994     +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
14014995      Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50368-9100
14014997      Lowes,    PO BOX 98164,    Dallas, TX 79998-1064
14014998     +Michael D. Fine, Esq.,    131 S. Dearborn Street,    5th Floor,    Chicago, Illinois 60603-5571
14245737     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14044840     +VW Credit, Inc.,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
14015002     +Wells Fargo,    PO BOX 14487,    Des Moines, IA 50306-3487
14493224     +Wells Fargo Bank, N.A.,    4137 121st Street,    Urbandale IA 50323-2310
The following entities were noticed by electronic transmission on Jul 08, 2010.
14455795      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2010 02:01:31     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14014993      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2010 02:01:31     Discover Card,
               P. O. Box 30943,    Salt Lake City, UT 84130
14429441      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2010 02:00:56
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
14014996      E-mail/PDF: cr-bankruptcy@kohls.com Jul 09 2010 02:04:31     Kohl's,    PO BOX 3043,
               Milwaukee, WI 53201-3043
14455685     +E-mail/PDF: rmscedi@recoverycorp.com Jul 09 2010 02:12:13
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB DISCOVER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14455686     +E-mail/PDF: rmscedi@recoverycorp.com Jul 09 2010 02:12:13
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14014999      E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2010 01:49:04     Sams Club Discover Card,
               PO BOX 960013,    Orlando, FL 32896-0013
14015000     +E-mail/Text: vci.bkcy@vwcredit.com                             Volkswagen Credit,    P.O.Box 17497,
               Baltimore, MD 21297-1497
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: corrinal           Page 2 of 2              Date Rcvd: Jul 08, 2010
Case: 09-20610                Form ID: pdf006          Total Noticed: 32
```

           ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2010**                    **Signature:**    /s/ Joseph Speetjens