# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MARTHA L. ROLAND § Case No. 09-20610
§ Hon. SUSAN PIERSON SONDERBY
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $16,920.80 |
| Total Distributions to Claimants: | $134,118.71 | Claims Discharged Without Payment: | $82,628.77 |
| Total Expenses of Administration: | $20,881.41 | | |

3) Total gross receipts of $170,000.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $15,000.00 (see **Exhibit 2**), yielded net receipts of $155,000.12 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $138,587.21 | $130,491.87 | $130,491.87 | $130,491.87 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | $0.00 | $20,881.41 | $20,881.41 | $20,881.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | $68,884.28 | $62,262.18 | $62,262.18 | $3,626.84 |
| TOTAL DISBURSEMENTS | $207,471.49 | $213,635.46 | $213,635.46 | $155,000.12 |

4) This case was originally filed under chapter 7 on 06/05/2009.
The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/06/2010                    By: /s/ ALLAN J. DeMARS
                                            Trustee

STATEMENT : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| sale of debtor's residence | 1110-000 | $170,000.00 |
| interest on invested funds | 1270-000 | $0.12 |
| **TOTAL GROSS RECEIPTS** | | **$170,000.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Martha L. Roland | homestead exemption | 8100-002 | $15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America | 4110-000 | $65,162.68 | $67,143.61 | $67,143.61 | $67,143.61 |
| CitiMortgage | 4110-000 | $57,310.37 | $63,348.26 | $63,348.26 | $63,348.26 |
| Volkswagon Credit | 4110-000 | $16,114.16 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$138,587.21** | **$130,491.87** | **$130,491.87** | **$130,491.87** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| broker's commission paid at closing | 3510-000 | N/A | $10,200.00 | $10,200.00 | $10,200.00 |
| post petition real estate taxes paid at closing | 2820-000 | N/A | $1,986.48 | $1,986.48 | $1,986.48 |
| seller's closing costs | 2500-000 | N/A | $2,852.40 | $2,852.40 | $2,852.40 |
| Allan J. DeMars | 2100-000 | N/A | $3,000.00 | $3,000.00 | $3,000.00 |
| Allan J. DeMars | 2200-000 | N/A | $25.53 | $25.53 | $25.53 |
| Allan J. DeMars | 3110-000 | N/A | $1,000.00 | $1,000.00 | $1,000.00 |
| Stuart Spiegel | 3110-000 | N/A | $1,000.00 | $1,000.00 | $1,000.00 |
| Lois West/Popowcer Katten | 3410-000 | N/A | $817.00 | $817.00 | $817.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $20,881.41 | $20,881.41 | $20,881.41 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (9/1/2009)

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 10 filed claims | 7100-900 | $61,005.01 | $62,262.18 | $62,262.18 | $3,626.84 |
| 4 scheduled but not filed | 7100-900 | $7,879.27 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $68,884.28 | $62,262.18 | $62,262.18 | $3,626.84 |

UST Form 101-7-TDR (9/1/2009)

# EXHIBIT 8 - FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No. 09-20610

Case Name: MARTHA L. ROLAND

For Period Ending: 12/31/10

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 6/5/09 (F)

$341(a) Meeting Date: 7/16/09

Claims Bar Date: 10/20/09

| Ref # | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/Unscheduled Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned<br>OA=§ 554(a) abandon<br>DA=§ 554(c) abandon | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | residence at 2311 W. Birchwood, Chicago, IL | 178,000.00 | 13,000.00 | | 170,000.00 | FA |
| 2 | cash on hand | 20.00 | 0.00 | DA | | FA |
| 3 | checking account | 600.00 | 0.00 | DA | | FA |
| 4 | books, pictures | 100.00 | 0.00 | DA | | FA |
| 5 | wearing apparel | 200.00 | 0.00 | DA | | FA |
| 6 | 2008 Jetta (leased) | 15,940.00 | 0.00 | DA | | FA |
| 7 | interest on invested funds | | | | 0.12 | FA |
| | TOTALS (Excluding unknown values) | | 13,000.00 | | 170,000.12 | |

(Total Dollar Amount in Column 6)

Major activities affecting case closing: sale of real estate

Initial Projected Date of Final Report (TFR): August, 2010          Current Projected Date of Final Report (TFR): 6/15/10

**EXHIBIT 9 - FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 09-20610
Case Name: MARTHA ROLAND
Taxpayer ID#: 27-6609055
For Period Ending: 12/31/10

Trustee's Name: Allan J. DeMars
Bank Name: Bank of America
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 375 556 6744

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| | | | BALANCE CARRIED FORWARD | | | | 0.00 |
| 5/19/10 | Ref 1 | PNTN (Title Co.) | net proceeds from sale of 2311 W. Birchwood, Chicago, IL<br><br>Gross sales proceeds $170,000.00<br><br>Less amounts paid through escrow at closing:<br><br>mortgage liens: $130,491.87<br><br>broker's commission: $10,200.00<br><br>post-petition real estate taxes: $1,986.48<br><br>seller's closing costs: $2,852.40 | 1110-000<br><br><br><br><br><br><br><br>4110-000<br><br>3510-000<br><br>2820-000<br><br>2500-000 | 24,469.25 | | 24,469.25 |
| 5/24/10 | Check 1001 | Martha Roland | homestead exemption | 8100-002 | | 15,000.00 | 9,469.25 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 6/8/10 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.12 | | 9,469.37 |
| 8/10/10 | Check 1002 | Allan J. DeMars | trustee fees | 2100-000 | | 3,000.00 | 6,469.37 |
| 8/10/10 | Check 1003 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 25.53 | 6,443.84 |
| 8/10/10 | Check 1004 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,000.00 | 5,443.84 |
| 8/10/10 | Check 1005 | Stuart Spiegel | attorney's fees | 3110-000 | | 1,000.00 | 4,443.84 |
| 8/10/10 | Check 1006 | Lois West/ Popowcer Katten | accountant's fees | 3410-000 | | 817.00 | 3,626.84 |
| 8/10/10 | Check 1007 | PYOD LLC assignee of Citibank | 726(a)(2);5.8251% | 7100-900 | | 32.01 | 3,594.83 |
| 8/10/10 | Check 1008 | PYOD LLC assignee of Citibank | 726(a)(2);5.8251% | 7100-900 | | 172.50 | 3,422.33 |
| 8/10/10 | Check 1009 | Chase Bank USA, NA | 726(a)(2);5.8251% | 7100-900 | | 496.21 | 2,926.12 |
| 8/10/10 | Check 1010 | Chase Bank USA, NA | 726(a)(2);5.8251% | 7100-900 | | 1,029.87 | 1,896.25 |
| 8/10/10 | Check 1011 | Chase Bank USA, NA | 726(a)(2);5.8251% | 7100-900 | | 44.37 | 1,851.88 |
| 8/10/10 | Check 1012 | FIA Card Services successor to Bank of America and MBNA | 726(a)(2);5.8251% | 7100-900 | | 455.25 | 1,396.63 |
| 8/10/10 | Check 1013 | GE Money Bank dba Sam's Club | 726(a)(2);5.8251% | 7100-900 | | 354.65 | 1,041.98 |
| 8/10/10 | Check 1014 | GE Money Bank dba Lowes | 726(a)(2);5.8251% | 7100-900 | | 109.84 | 932.14 |

| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 8/10/10 | Check 1015 | Discover Bank | 726(a)(2);5.8251% | 7100-900 | | 850.29 | 81.85 |
| 8/10/10 | Check 1016 | Wells Fargo Bank NA | 726(a)(2);5.8251% | 7100-900 | | 81.85 | 0.00 |

COLUMN TOTALS    170,000.12    170,000.12

Less: Bank transfers/CD
Subtotal                          15000.00    15,000.00
Less: Payments to debtor(s)
Net                               155,000.12   155,000.12

TOTAL – ALL ACCOUNTS              NET          NET
Checking#                         DEPOSITS     DISBURSEMENTS    BALANCES
Money Market # 375 556 6744                                     0.00
Savings #                                                       0.00
CD #CDI                                                         0.00
Net                               155,000.12   155,000.12       0.00

                                  Excludes account   Excludes payments   Total Funds
                                  transfers          to debtor           on Hand